**November 6, 1984**

**690 P2d 505**

Moser v. Hampton (CA A27147)(SC S30709) affirmed without opinion by an equally divided court.